[No. 4186.  Decided January 18, 1902.]

ADAH B. DONISON *et al., Respondents,* v. CITY OF SPO-

KANE, *Appellant.*

APPEAL — TIME OF TAKING.

Where an appellant has actual notice of the granting and entry of the order appealed from, although not served with written notice thereof, the time for taking his appeal begins to run from the date of entry of the order, and where not taken within fifteen days after entry as prescribed by Bal. Code, § 6502, the appeal should be dismissed.

Appeal from Superior Court, Spokane County.—Hon. WILLIAM E. RICHARDSON, Judge.  Appeal dismissed.

*John P. Judson,* for appellant.

*Winston & Winston, Thomas M. Vance* and *Frank Reeves,* for respondents.

PER CURIAM.—Motion is made to dismiss the appeal in this case for the reason that the same was not taken in time. It appears from the record that the appeal was not taken for more than fifteen days after the granting by the court of the order appealed from, and, further, from affidavits on file, that the appellant had actual notice of the granting of the same at the time it was granted.  This brings the case within the rule announced by this court in *Braely v. Marks,* 13 Wash. 224 (43 Pac. 27), and for the reasons there announced, the motion will be sustained and the appeal dismissed.